IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OMAR ODASZ SANCHEZ,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

v.

CASE NO. 1D16-0487

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed October 10, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Omar Odasz Sanchez, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., WETHERELL and ROWE, JJ., CONCUR.